UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Santo Fernando NUNEZ-BARON, | Case No.: 26-cv-3822-AGS-JLB |
| Petitioner, | **ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING RELEASE** |
| v. | |
| Christopher LaROSE, et al., | |
| Respondents. | |

Petitioner Santo Fernando Nunez-Baron seeks a writ of habeas corpus under 28 U.S.C. § 2241 challenging his immigration detention. He requests "immediate release" from detention (ECF 1, at 3), and "the government does not oppose the petition" (ECF 4, at 3). The Court thus **GRANTS** the petition and orders respondents to immediately release petitioner. All pending deadlines and hearings are vacated. The Clerk's Office is directed to issue a judgment and close this case.

Dated:  July 10, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-3822-AGS-JLB